# Exhibit A

# UNITED STATES DISTRICT COURT
for the
Northern District of Illinois

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. 21 CR 19 |
| David Foley ) | |
| ) | |
| *Defendant* ) | |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS IN A CRIMINAL CASE

To: InvestorsHub.com, Inc. c/o Corporation Service Company, 1201 Hays Street, Talahassee, FL 32301, legal@investorshub.com

*(Name of person to whom this subpoena is directed)*

**YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following books, papers, documents, data, or other objects:

See attached.

| Place: | Law Office of Nishay K. Sanan - nsanan@aol.com<br>53 W. Jackson Blvd., Ste. 1424<br>Chicago, IL 60604 | Date and Time: | 11/10/2023 5:00 pm |
|---|---|---|---|

Certain provisions of Fed. R. Crim. P. 17 are attached, including Rule 17(c)(2), relating to your ability to file a motion to quash or modify the subpoena; Rule 17(d) and (e), which govern service of subpoenas; and Rule 17(g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

*(SEAL)*

Date: 10/10/2023

CLERK OF COURT

_____
*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* David Foley , who requests this subpoena, are:

Nishay K. Sanan, 53 W. Jackson Blvd., Ste. 1424, Chicago, IL; (312) 692-0360; nsanan@aol.com

---

**Notice to those who use this form to request a subpoena**

Before requesting and serving a subpoena pursuant to Fed. R. Crim. P. 17(c), the party seeking the subpoena is advised to consult the rules of practice of the court in which the criminal proceeding is pending to determine whether any local rules or orders establish requirements in connection with the issuance of such a subpoena. If no local rules or orders govern practice under Rule 17(c), counsel should ask the assigned judge whether the court regulates practice under Rule 17(c) to 1) require prior judicial approval for the issuance of the subpoena, either on notice or ex parte; 2) specify where the documents must be returned (e.g., to the court clerk, the chambers of the assigned judge, or counsel's office); and 3) require that counsel who receives produced documents provide them to opposing counsel absent a disclosure obligation under Fed. R. Crim. P. 16.

Please note that Rule 17(c) (attached) provides that a subpoena for the production of certain information about a victim may not be issued unless first approved by separate court order.

# Attachment to Subpoena

All documents, electronically stored information, or objects relating to the following:

Identifying information of InvestorsHub.com users who has information regarding the ongoing SEC civil enforcement action against David Foley (19 CV 1711) and/or the criminal allegations against him (21 CR 19), including, but not limited to:

- Name, address, phone number, IP address, email address, and/or any other user information for the following users:

    - Jimr1717 - https://investorshub.advfn.com/boards/profilea.aspx?user=302221
    - Zorax - https://investorshub.advfn.com/boards/profilea.aspx?user=49001
    - Shajandr - https://investorshub.advfn.com/boards/profilea.aspx?user=394734
    - DangFool - https://investorshub.advfn.com/boards/profilea.aspx?user=463122
    - BeverlyH - https://investorshub.advfn.com/boards/profilea.aspx?user=554664
    - SqueakyShoe https://investorshub.advfn.com/boards/profilea.aspx?user=650717

- Name, address, phone number, IP address, email address, and/or any other user information for the user who uploaded the following document:

    - https://investorshub.advfn.com/uimage/uploads/2019/1/7/vgoavFOLEY_DAVID_WELLS_NOTICE_396697387-SECDF-page-001-1_(2).jpg