UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 21 CR 19-1 |
| | ) | Hon. Steven C. Seeger |
| DAVID FOLEY | ) | |

**LIST OF ADMITTED EXHIBITS AS OF OCTOBER 24, 2024**

The parties have conferred and agree that the followind exhibits have been admitted:

| Exhibit No. | Description | Date Admitted |
|---|---|---|
| 1 | March 4, 2013 Independent Contractor Agreement between Cetek Technologies and David Maidenbaum | 10/17/24 |
| 2 | September 2, 2014 Promissory Note from HVEL to David Maidenbaum | 10/17/24 |
| 3 | Amendment to Sept. 2, 2014 Promissory Note, dated Sept. 3, 2014 | 10/17/24 |
| 4 | Purchase and Full Assignment of a Promissory Note, dated Jan. 28, 2015, between David Maidenbaum and David Foley | 10/17/24 |
| 5 | Feb. 9, 2015 Wire transmission of $5,000 from David Foley to David Maidenbaum | 10/17/24 |
| 6 | Feb. 9, 2015 Wire of $40,000 from David Foley to Bruce Schoengood | 10/17/24 |
| 7 | Feb. 10, 2015 Amendment to Agreement Dated September 2, 2014 | 10/18/24 |
| 8 | Stock Purchase Agreement dated Feb. 12, 2015, between David Foley and River North Equity for 1.1 million shares of HVEL | 10/21/24 |

1

| 9 | February 24, 2015 email from Robert Laskowski to Jersey Stock Transfer attaching Rule 144 letter re issuance of 1.1 million shares of HVEL to David Foley without the restrictive legend, along with attached documents | 10/21/24 |
|---|---|---|
| 10 | December 15, 2015 Purchase and Full Assignment of a Promissory Note between David Foley and Galaxy, with Exh. A Conversion Notice | 10/17/24 |
| 11 | Record of Sept. 30, 2015 wire from Galaxy to David Foley for $40,000 | 10/17/24 |
| 12 | Meeting Minutes of NTGL of December 15, 2015 | 10/17/24 |
| 13 | Action by Majority Written Consent of NTGL Board, dated December 15, 2015 | 10/17/24 |
| 14 | Non-Affiliate Shareholder's Representation Letter, from Lisa Foley to Robert Laskowski, dated December 15, 2015 | 10/17/24 |
| 15 | NTGL Issuer Representation Letter from Jeff Foley to Robert Laskowski, dated December 15, 2015 | 10/18/24 |
| 16 | Letter from NTGL (Jeff Foley) to Jersey Stock Transfer, dated December 15, 2015, requesting issuance of 18 million NTGL shares | 10/18/24 |
| 17 | Dec. 17, 2015 Letter from Robert Laskowski to Jersey Stock Transfer re Rule 144 Opinion | 10/21/24 |
| 18 | Jan. 4, 2016 email from Michael Chavez to Jeff Foley and Lisa Foley forwarding email from River North (Greg Share) | 10/23/24 |
| 19 | Stock Purchase Agreement dated Jan. 5, 2016 between Galaxy and River North for 6 million shares of NTGL | 10/17/24 |

| 20 | Stock Purchase Agreement dated Jan. 12, 2016 between Galaxy and River North for 6 million shares of NTGL | 10/17/24 |
|----|----|----|
| 22 | Stock Purchase Agreement dated Jan. 19, 2016 between Galaxy and River North for 6 million shares of NTGL | 10/17/24 |
| 23 | January 21, 2016 email from Robert Laskowski to Alpine Securities attaching letter re David Maidenbaum's contractor agreement with CTEK/HVEL | 10/21/24 |
| 24 | Alpine Package 1 | 10/21/24 |
| 25 | Alpine Package 2 | 10/21/24 |
| 26 | Alpine Package 3 | 10/21/24 |
| 29 | Stock Purchase Agreement dated Feb. 4, 2016 between River North Equity and Dorado Investments for 6 million shares of NTGL | 10/23/24 |
| 30 | Dec. 29, 2015 - Jan 11, 2016 email chain among Michael Chavez, Jeff Foley, Greg Share, and Ed Liceaga re SEC issues with Maidenbaum consulting agreement and shell company issue | 10/18/24 |
| 31 | January 11, 2016 letter from Ed Liceaga re not being an affiliate of NTGL | 10/21/24 |
| 32 | January 11-12, 2016 email chain among Jeff Foley, Michael Chavez, Greg Share, and Ed Liceaga re Galaxy and River North not being affiliates of NTGL, and attaching Jan. 11, 2016 letter from Jeff Foley | 10/18/24 |
| 33 | January 14, 2016 Rule 144 letter from Robert Laskowski to Alpine Securities | 10/21/24 |
| 34 | November 13, 2015 handwritten letter from David Foley to Jeff Foley and Phil Foley | 10/18/24 |
| 42 | E-Trade Statement for Bennie Blankenship Acct. x9362 for December 2015 | 10/23/24 |

| 43 | E-Trade Statement for Bennie Blankenship Acct. x9362 for January 2016 | 10/23/24 |
|----|----|----|
| 44 | E-Trade Statement for Bennie Blankenship Acct. x9362 for February 2016 | 10/23/24 |
| 45 | E-Trade Statement for Bennie Blankenship Acct. x9362 for March 2016 | 10/23/24 |
| 46 | E-Trade Statement for Bennie Blankenship Acct. x9362 for April 2016 | 10/23/24 |
| 47 | E-Trade Statement for Bennie Blankenship Acct. x9362 for May 2016 | 10/23/24 |
| 48 | E-Trade Statement for Bennie Blankenship Acct. x9362 for June 2016 | 10/23/24 |
| 49 | E-Trade Statement for Kevin Whitmore Acct. x3201 for January 2016 | 10/24/24 |
| 50 | E-Trade Statement for Kevin Whitmore Acct. x8111 for February/March 2016 | 10/24/24 |
| 51 | E-Trade Statement for Fred Greil for December 2015 | 10/24/24 |
| 52 | E-Trade Statement for Fred Greil for January 2016 | 10/24/24 |
| 53 | E-Trade Statement for Fred Greil for February 2016 | 10/24/24 |
| 55 | E-Trade Statement for Fred Greil for April 2016 | 10/24/24 |
| 57 | E-Trade Statement for Fred Greil for June 2016 | 10/24/24 |
| 58 | E-Trade Statement for Sunil Ayyagari Acct. x4948 | 10/18/24 |
| 59 | E-Trade Statement for Sunil Ayyagari Acct. x5587 | 10/18/24 |
| 61 | E-Trade Statement for Bradley Preuss Acct x2127, December 2015 | 10/24/24 |
| 62 | E-Trade Statement for Bradley Preuss Acct x2127, January 2016 | 10/24/24 |

| 63 | E-Trade Statement for Bradley Preuss Acct x2127, February 2016 | 10/24/24 |
| 64 | E-Trade Statement for Bradley Preuss Acct x2127, March 2016 | 10/24/24 |
| 65 | E-Trade Statement for Bradley Preuss Acct x2127, April 2016 | 10/24/24 |
| 66 | E-Trade Statement for Bradley Preuss Acct x2127, May 2016 | 10/24/24 |
| 67 | E-Trade Statement for Bradley Preuss Acct x2127, June 2016 | 10/24/24 |
| 68 | E-Trade Statement for Bradley Preuss Acct x2127, July 2016 | 10/24/24 |
| 69 | E-Trade Statement for Bradley Preuss Acct x2100, December 2015 | 10/24/24 |
| 70 | E-Trade Statement for Bradley Preuss Acct x2100, January 2016 | 10/24/24 |
| 71 | E-Trade Statement for Bradley Preuss Acct x1312, December 2015 | 10/24/24 |
| 72 | Alpine Securities, River North Equity Account Number x8300 Statement 1/1/2016 to 9/30/2016 | 10/21/24 |
| 73 | Alpine Securities, Dorado Investments Account Number x5181 Statement 2/1/2016 to 9/30/2016 | 10/21/24 |
| 74 | Jersey Stock Transfer Record re: HVEL shares, dated 02/11/2015 | 10/17/24 |
| 75 | Jersey Stock Transfer Record re: NTGL shares, dated 12/22/2015 | 10/23/24 |
| 76 | Jersey Stock Transfer Record re: NTGL shares, dated 01/07/2016 | 10/23/24 |
| 77 | Jersey Stock Transfer Record re: NTGL shares, dated 02/01/2016 | 10/23/24 |
| 78 | Jersey Stock Transfer Record re: NTGL shares, dated 02/10/2016 | 10/23/24 |

| 79 | Jersey Stock Transfer Record re: NTGL shares, dated 03/16/2016 | 10/23/24 |
|---|---|---|
| 80 | Jersey Stock Transfer Record re: NTGL shares, dated 06/13/2016 | 10/23/24 |
| 82 | JP Morgan Chase records for River North Equity Acct. x5583 for January 2016 | 10/23/24 |
| 83 | JP Morgan Chase records for River North Equity Acct. x5583 for February 2016 | 10/23/24 |
| 84 | Wells Fargo records for Galaxy Acct. x2945 for January 2016 | 10/23/24 |
| 85 | Wells Fargo records for Galaxy Acct. x2945 for February 2016 | 10/23/24 |
| 88 | NTGL Quarterly Information and Disclosure Statement dated June 30, 2015 | 10/17/24 |
| 89 | NTGL Annual Information and Disclosure Statement dated December 31, 2015 | 10/17/24 |
| 90 | NTGL Financial Information for Year Ended December 31, 2015 | 10/17/24 |
| 94 | June 24, 2015 letter from David Foley to Jeff Foley | 10/18/24 |
| 96 | Dec. 17, 2015 Emails between Jeff Foley and Robert Laskowski re Rule 144 opinion letter and attaching related documents | 10/18/24 |
| 102 | July 25, 2015 Email from David Foley to Bennie Blankenship re Foley coordinating the buying of NTGL for next week | 10/17/24 |
| 103 | July 31, 2015 Email from Bennie Blankenship to David Foley re lining up buying for NTGL shares | 10/17/24 |
| 104 | July 31, 2015 Email from David Foley to Bennie Blankenship re NTGL announcement to be written this weekend | 10/17/24 |
| 105 | Sept. 29, 2015 Email from David Foley to Michael Chavez re NTGL having good support | 10/17/24 |

| | | |
|---|---|---|
| | and volume and asking whether River North can do 70% | |
| 106 | Sept. 30, 2015 Email from David Foley to Lisa Foley re David Foley working on some NTGL issuances | 10/17/24 |
| 107 | Oct. 1, 2015 Email from David Foley to Michael Chavez re raising 500K from NTGL and not agreeing to 50% | 10/17/24 |
| 108 | Oct. 2, 2015 Email from David Foley to Lisa Foley re timing news and holding price support for NTGL | 10/17/24 |
| 109 | Oct. 4, 2015 Email from David Foley to Jeff Foley re instructions on NTGL issues | 10/17/24 |
| 110 | Oct. 5, 2015 Email from David Foley to Michael Chavez re acceptable price for NTGL shares | 10/17/24 |
| 111 | Oct. 5, 2015 Email from Michael Chavez to David Foley re Chavez checking with Ed Liceaga concerning price for NTGL shares | 10/17/24 |
| 112 | Oct. 6, 2015 Email from Michael Chavez to David Foley re Ed Liceaga doing 20-30K on a 30% discount | 10/17/24 |
| 113 | Oct. 7, 2015 Email from Michael Chavez to David Foley re terms Ed Liceaga is willing to accept | 10/17/24 |
| 114 | Oct. 14, 2015 Email from David Foley to Jeff Foley and Phil Foley re instructions for creating documents concerning NTGL shares | 10/17/24 |
| 115 | Oct. 18, 2015 Email from David Foley to Lisa Foley re whether Erik can do a program for a volume of 6m of volume on NTGL | 10/17/24 |
| 116 | Oct. 18, 2015 Email from David Foley to Jeff Foley re asking him to confirm 18m NTGL shares to David Foley's Galaxy account | 10/17/24 |

| 117 | Oct. 19, 2015 Email from David Foley to Lisa Foley re closing Galaxy satellite office and getting a post office box | 10/17/24 |
|---|---|---|
| 118 | Oct. 19, 2015 Email from David Foley to Jeff Foley re how many NTGL shares were issued and getting for David Foley the year end financials and disclosures | 10/17/24 |
| 119 | Oct. 19, 2015 Email from Jeff Foley to David Foley re questions about NTGL | 10/17/24 |
| 120 | Oct. 20, 2015 Email from David Foley to Jeff Foley re documents and processes for share issuances | 10/17/24 |
| 121 | Oct. 21, 2015 Email from David Foley to Lisa Foley re asking Erik about NTGL | 10/17/24 |
| 122 | Oct. 22, 2015 Email from David Foley to Michael Chavez re NTGL about to take off with volume growth the next week | 10/17/24 |
| 123 | Oct. 28, 2015 Email from David Foley to Lisa Foley instructing her to let Michael Chavez know about issuance of NTGL shares and promos that should bolster its volume and price | 10/17/24 |
| 124 | Oct. 29, 2015 Email from David Foley to Jeff Foley re seeking advice on whether certain shares are restricted and whether "tacking" applies | 10/17/24 |
| 125 | Oct. 29, 2015 Email from Jeff Foley to David Foley re SEC position concerning tacking | 10/17/24 |
| 126 | Nov. 1, 2015 Email from David Foley to Lisa Foley explaining Rule 144 and restricted shares | 10/17/24 |
| 127 | Nov. 3, 2015 Email from Aaron Hightower to David Foley re not having received NTGL shares in April | 10/17/24 |

| | | |
|---|---|---|
| 128 | Nov. 3, 2015 Email from David Foley to Aaron Hightower re how David Foley purchased HVEL, including convertible debt | 10/17/24 |
| 129 | Nov. 6, 2015 Email from David Foley to Michael Chavez re trying to get Ed Liceaga to advance money and telling him that he plans to ramp up NTGL and bring it into good volume and price | 10/17/24 |
| 130 | Nov. 15, 2015 Email from David Foley to Phil Foley re how to fill out financials and disclosures for NTGL | 10/17/24 |
| 131 | Nov. 16, 2015 Email from Bennie Blankenship to David Foley asking if he needs help supporting NTGL and telling him he has $250,000 available if needed. | 10/17/24 |
| 132 | Nov. 17, 2015 Email from David Foley to Bennie Blankenship asking him what he means by "support" | 10/17/24 |
| 133 | Nov. 18, 2015 Email from Bennie Blankenship to David Foley explaining that support meant buying for market support | 10/17/24 |
| 134 | Nov. 18, 2015 Email from David Foley to Bennie Blankenship saying that he is not concerned that he would be considered an affiliate | 10/17/24 |
| 135 | Nov. 18, 2015 Email from David Foley to Bennie Blankenship re NTGL needing more trading over the next couple weeks to bring up the price | 10/17/24 |
| 136 | Nov. 18, 2015 Email from Bennie Blankenship to David Foley re Blankenship having $250,000 ready if needed | 10/17/24 |
| 137 | Nov. 24, 2015 Email from David Foley to Jeff Foley re asking him to follow up on NTGL issuance of 18m | 10/17/24 |

| | | |
|---|---|---|
| 138 | Dec. 2, 2015 Email from David Foley to Aaron Hightower re how he bought HVEL when it had no value and that it still has no liquidity and that it needs 500,000 shares per day moving in order to give it liquidity | 10/17/24 |
| 139 | Dec. 7, 2015 Email from David Foley to Bennie Blankenship re doing something with NTGL before it explodes, from thin to big numbers | 10/17/24 |
| 140 | Dec. 10, 2015 Email from David Foley to Bennie Blankenship re David Foley going to start with NTGL next week and see how close to .25 he can get it | 10/17/24 |
| 141 | Dec. 10, 2015 Email from Bennie Blankenship to David Foley asking if he would like his involvement and for how much | 10/17/24 |
| 142 | Dec. 10, 2015 Email from David Foley to Bennie Blankenship asking him what he would want to help out | 10/17/24 |
| 143 | Dec. 10, 2015 Email from Bennie Blankenship to David Foley asking if there are any large holders who could kill a run | 10/17/24 |
| 144 | Dec. 11, 2015 Email from David Foley to Bennie Blankenship saying there are no large holders | 10/17/24 |
| 145 | Dec. 11, 2015 Email from Bennie Blankenship to David Foley asking to let him know when to start | 10/17/24 |
| 146 | Dec. 11, 2015 Email from Bennie Blankenship to David Foley telling him he has everything in place to start Monday | 10/17/24 |
| 147 | Dec. 12, 2015 Email from David Foley to Bennie Blankenship telling how to do the buying: "slow and steady will win the race" | 10/17/24 |
| 148 | Dec. 15, 2015 Email from David Foley to Patricia Randell telling her to give her bank | 10/17/24 |

| | | |
|---|---|---|
| | account information to Lisa Foley so Lisa Foley can send money to her from Galaxy | |
| 149 | Dec. 15, 2015 Email from David Foley to Lisa Foley asking her to transfer money from Galaxy to NTGL to pay the rent | 10/17/24 |
| 150 | Dec. 16, 2015 Email from Bennie Blankenship to David Foley asking when he thinks buying will start because he wants them to be on the same page | 10/17/24 |
| 151 | Dec. 17, 2015 Email from David Foley to Lisa Foley asking her if Michael's guy can bring in support for NTGL for 2 weeks | 10/17/24 |
| 152 | Dec. 17, 2015 Email from Lisa Foley to David Foley telling him she will see what "MC's" guy will want for 2 weeks | 10/17/24 |
| 153 | Dec. 17, 2015 Email from Bennie Blankenship to David Foley saying he started buying today at about 200K shares | 10/17/24 |
| 154 | Dec. 17, 2015 Email from John Foley to David Foley listing information for NTGL shares | 10/17/24 |
| 155 | Dec. 17, 2015 Email from David Foley to Jeff Foley asking him about the status of the NTGL issuance | 10/17/24 |
| 156 | Dec. 18, 2015 Email from Jeff Foley to David Foley telling him that everything is done with Galaxy's 18m | 10/17/24 |
| 157 | Dec. 22, 2015 Email from David Foley to Jeff Foley asking him about the status of the 18m shares of NTGL | 10/17/24 |
| 158 | Dec. 22, 2015 Email from Bennie Blankenship to David Foley re status of his buying NTGL shares | 10/17/24 |
| 159 | Dec. 23, 2015 Email from Bennie Blankenship to David Foley asking about the status of Lisa Foley's NTGL buyer | 10/17/24 |

| 160 | Dec. 24, 2015 Email from Bennie Blankenship to David Foley re Blankenship's compensation | 10/17/24 |
|---|---|---|
| 161 | Dec. 28, 2015 Email from Bennie Blankenship to David Foley re Blankenship's purchase of NTGL shares in 5K blocks and his observation about someone else buying NTGL shares | 10/17/24 |
| 162 | Dec. 29, 2015 Email from Bennie Blankenship to David Foley re Blankenship pushing the price of NTGL shares to .029 | 10/17/24 |
| 163 | Dec. 30, 2015 Email from David Foley to Bennie Blankenship re daily buys pushing it into the 4's and thanking him for his continued support | 10/17/24 |
| 164 | Dec. 30, 2015 Email from David Foley to Lisa Foley telling her it looks like NTGL is heading toward the 4's and asking her to contact Michael to let him know what the 18m is worth and to ask him for a $100,000 advance for PR | 10/17/24 |
| 165 | Dec. 30, 2015 Email from Bennie Blankenship to David Foley asking him how high Blankenship can go in terms of support | 10/17/24 |
| 166 | Dec. 31, 2015 Email from David Foley to Lisa Foley reminding her that the NTGL stock goes to Jersey Transfer | 10/17/24 |
| 167 | Dec. 31, 2015 Email from David Foley to Lisa Foley explaining that Galaxy purchased the note from Foley, who purchased it from Maidenbaum | 10/17/24 |
| 168 | Jan. 4, 2016 Email from David Foley to Lisa Foley re offering the option to buy NTGL shares to support it, or he can have Bennie Blankenship do it for her | 10/17/24 |
| 169 | Jan. 5, 2016 Email from Bennie Blankenship to David Foley re strategy for buying NTGL | 10/17/24 |

| | shares to boost price and asking about whether another buyer will help. | |
|---|---|---|
| 170 | Jan. 6, 2016 Email from David Foley to Jeff Foley and Lisa Foley re getting together documents needed to send to Jersey Trust to transfer NTGL shares from Galaxy to River North | 10/17/24 |
| 171 | Jan. 6, 2016 Email from David Foley to Bennie Blankenship telling him he has asked Lisa Foley to confirm the start of support buying | 10/17/24 |
| 172 | Jan. 6, 2016 Email from Bennie Blankenship to David Foley re help in supporting NTGL and other endeavors | 10/17/24 |
| 173 | Jan. 6, 2016 Email from David Foley to Bennie Blankenship re compensating Blankenship in April | 10/17/24 |
| 174 | Jan. 7, 2016 Email from David Foley to Bennie Blankenship re ensuring support buying happens and discussing how Blankenship will be compensated | 10/17/24 |
| 175 | Jan. 7, 2016 Email from David Foley to Bennie Blankenship re making sure support buying gets underway to help Blankenship and how he will compensate Blankenship if Blankenship gets the price of NTGL to different price levels | 10/17/24 |
| 176 | Jan. 10, 2016 Email from Bennie Blankenship to David Foley re Blankenship's support for NTGL and how he needs this to pay off for him | 10/17/24 |
| 177 | Jan. 11, 2016 Email from Bennie Blankenship to David Foley re filled two 50K buys two minutes into trading | 10/17/24 |
| 178 | Jan. 11, 2016 Email from Bennie Blankenship to David Foley telling him that Blankenship's | 10/17/24 |

| | | |
|---|---|---|
| | crew has bought 450K so far and that price just broke .04 | |
| 179 | Jan. 11, 2016 Email from David Foley to Lisa Foley re making sure "MC's" guy provides support for NTGL, as David Foley's guy has already provided 650K and has brough share price up 50% today | 10/17/24 |
| 180 | Jan. 11, 2016 Email from Bennie Blankenship to David Foley re NTGL closing at .05 | 10/17/24 |
| 181 | Jan. 11, 2016 Email from David Foley to Bennie Blankenship telling him that it is awesome news, and asking if Blankenship can send him the L2 | 10/17/24 |
| 182 | Jan. 12, 2016 Email from Bennie Blankenship to David Foley re discussing price and volume of shares and saying his guys will hold and they might quickly see .10 | 10/17/24 |
| 183 | Jan. 14, 2016 Email from David Foley to Jeff Foley providing language for a letter to NTGL shareholders | 10/17/24 |
| 184 | Jan. 15, 2015 Email from Bennie Blankenship to David Foley re having his guys remain in NTGL to ensure it closes flat or up each day, that price is .06, and that they need bid support | 10/17/24 |
| 185 | Jan. 15, 2016 Email from David Foley to Bennie Blankenship re David Foley getting on "them" for bid support | 10/17/24 |
| 186 | Jan. 15, 2016 Email from David Foley to Lisa Foley re "MC's" guy doing nothing on "NG" and needing bid support from him, or else having him return the $10,000 | 10/17/24 |
| 187 | Jan. 15, 2016 Email from Jeff Foley to David Foley asking what work David Maidenbaum | 10/17/24 |

| | | |
|---|---|---|
| | did to receive the $50,000 note David Foley was assigned. | |
| 188 | Jan. 15, 2016 Email from David Foley to Jeff Foley re the fact that Maidenbaum didn't do any work and explaining how Maidenbaum purchased the note and then David Foley purchased the note from Maidenbaum and that Galaxy then purchased it from David Foley | 10/17/24 |
| 189 | Jan. 18, 2016 Email from David Foley to Bennie Blankenship re how Lisa Foley's buyer is supposed to do some more work this week and that he showed her how to do three levels of bid support so she can backup as well | 10/17/24 |
| 190 | Jan. 19, 2016 Email from Bennie Blankenship to David Foley re strong bid support on NTGL and goal being to get it to close at .075 this week, with a hope of getting the price to .20 if managed correctly | 10/17/24 |
| 191 | Jan. 20, 2016 Email from Bennie Blankenship to David Foley re needing the third party to start buying as it has been all Blankenship so far. Blankenship says he has used $120,000 of the $200,000 so far. | 10/17/24 |
| 192 | Jan. 21, 2016 Email from Bennie Blankenship to David Foley re his having closed it at .066 today, but that he is the only one who is buying | 10/17/24 |
| 193 | Jan. 22, 2016 Email from Bennie Blankenship to David Foley re needing help to keep the price of NTGL shares up | 10/17/24 |
| 194 | Jan. 22, 2016 Email from David Foley to Lisa Foley re it appearing that River North was selling today and "MC's" guy having done nothing to support NTGL so far. Says River | 10/17/24 |

| | | |
|---|---|---|
| | North should not be selling until the 18m has been paid for. Wants Lisa Foley to tell "MC" to rectify the situation and so they [River North] is not selling before paying because that is driving the price down so they [River North] get to buy cheaper | |
| 195 | Jan. 25, 2016 Email from David Foley to Michael Chavez complaining about River North breaking the 18m stock sales into three separate stock purchase agreements with a 50% discount and the dumping shares | 10/17/24 |
| 196 | Jan. 25, 2016 Email from David Foley to Bennie Blankenship re whether "Bruce" and his family have that many shares | 10/17/24 |
| 197 | Jan. 25, 2016 Email from David Foley to Lisa Foley re his anger at River North doing three separate stock purchase agreements at 6 million, rather than one stock purchase agreement at 18 million | 10/17/24 |
| 198 | Jan. 25, 2016 Email from David Foley to Michael Chavez re complaints about what River North owes based on what David Foley believes their deal was | 10/17/24 |
| 199 | Jan. 25, 2016 Email from Bennie Blankenship to David Foley re Blankenship having purchased 180K today and the price easily hitting .07 with a little momentum | 10/17/24 |
| 200 | Jan. 25, 2016 Email from Bennie Blankenship to David Foley saying he had bumped it to .0594 and that they are golden if they can get some help | 10/17/24 |
| 201 | Jan. 25, 2016 Email from Lisa Foley to David Foley saying she had spoken with "Michael" about redoing the remaining twelve at 30, and | 10/17/24 |

| | | |
|---|---|---|
| | that Michael will speak to Ed to see if Ed will agree. | |
| 202 | Jan. 25, 2016 Email from David Foley to Lisa Foley re telling her to tell Michael what David Foley thinks the deal was | 10/17/24 |
| 203 | Jan. 26, 2016 Email from Bennie Blankenship to David Foley saying with a little help we can see .10 easy | 10/17/24 |
| 204 | Jan. 27, 2016 Email from David Foley to Michael Chavez, Jeff Foley, and Lisa Foley re dispute with River North over the stock purchase agreements | 10/17/24 |
| 205 | Jan. 27, 2016 Email from David Foley to Bennie Blankenship re whether Lisa Foley's guy was really doing any buying of NTGL and asking Blankenship to provide him the number of shares he purchased each day | 10/17/24 |
| 206 | Jan. 27, 2016 Email from Bennie Blankenship to David Foley re Blankenship's purchasing history of NTGL shares | 10/17/24 |
| 207 | Jan. 28, 2016 Email from David Foley to Lisa Foley suggesting a solution with Michael Chavez | 10/17/24 |
| 208 | Jan. 28, 2016 Email from Bennie Blankenship to David Foley re his difficulties with keeping the stock price up in the face of others selling | 10/17/24 |
| 209 | Jan. 29, 2016 Email from Bennie Blankenship to David Foley re stock price sliding and Blankenship's need for support | 10/17/24 |
| 210 | Jan. 31, 2016 Email from Bennie Blankenship to David Foley re the need to keep the stock price up so Blankenship can make some money | 10/17/24 |

| 211 | Feb. 1, 2016 Email from David Foley to Jeff Foley re the dispute with River North over the 6 million versus 18 million shares | 10/17/24 |
|---|---|---|
| 212 | Feb. 1, 2016 Email from Bennie Blankenship re Blankenship's difficulty in keeping the stock price up in the face of significant selling by others | 10/17/24 |
| 213 | Feb. 1, 2016 Email from David Foley to Michael Chavez, Jeff Foley, and Lisa Foley re the dispute with River North | 10/17/24 |
| 214 | Feb. 1, 2016 Email from Bennie Blankenship to David Foley re how he has been fighting significant selling the past several days and how much money he has left | 10/17/24 |
| 215 | Feb. 1, 2016 Email from Bennie Blankenship to David Foley re all the buying having been his and how much money he has left | 10/17/24 |
| 216 | Feb. 1, 2016 Email from David Foley to Bennie Blankenship re Foley taking care of Blankenship | 10/17/24 |
| 217 | Feb. 1, 2016 Email from Lisa Foley to David Foley re her conversation with Michael Chavez and Ed Liceaga to try to come up with a resolution to their dispute | 10/17/24 |
| 218 | Feb. 2, 2016 Email from Bennie Blankenship to David Foley re proposal for Blankenship's compensation from Foley | 10/17/24 |
| 219 | Feb. 4, 2016 Email from David Foley to Lisa Foley instructing her to call Ed Liceaga and get a $100,000 advance on next 6 million and telling him not to do any closings for a week so she can get support put in place | 10/17/24 |
| 220 | Feb. 8, 2016 Email from David Foley to Lisa Foley instructing her what to say when she speaks with Michael Chavez and Ed Liceaga | 10/17/24 |

| 221 | Feb. 10, 2016 Email from Bennie Blankenship to David Foley with questions about a supplemental filing for NTGL | 10/17/24 |
|---|---|---|
| 222 | Feb. 10, 2016 Email from Bennie Blankenship to David Foley re Blankenship's compensation in light of issues with the liquidity of NTGL stock | 10/17/24 |
| 223 | Feb. 11, 2016 Email from David Foley to Bennie Blankenship re possible inability to pay Blankenship cash because Foley won't be liquid until April | 10/17/24 |
| 224 | Feb. 11, 2016 Email from Bennie Blankenship to David Foley re possible compensation to be paid to Blankenship | 10/17/24 |
| 225 | Feb. 12, 2016 Email from David Foley to Jeff Foley and Phil Foley re suggesting they reach out to Bruce Schoengood re how Schoengood can help out, and describing how David Foley purchased HVEL from Schoengood and turned it into NTGL | 10/17/24 |
| 226 | Feb. 12, 2016 Email from David Foley to Lisa Foley instructing her how to solve the problem with Ed Liceaga and River North | 10/17/24 |
| 227 | Feb. 12, 2016 Email from Bennie Blankenship to David Foley re how to work out Blankenship's compensation | 10/17/24 |
| 228 | Feb. 12, 2016 Email from Bennie Blankenship to David Foley re clarification on compensation proposal | 10/17/24 |
| 229 | Feb. 14, 2016 Email from Bennie Blankenship to David Foley saying Blankenship will wait for news and updates on NTGL before he begins pushing again to build some momentum | 10/17/24 |

| | | |
|---|---|---|
| 230 | Feb. 19, 2016 Email from Bennie Blankenship to David Foley about closing at .03 despite someone dumping into large bid support | 10/17/24 |
| 231 | Feb. 21, 2016 Email from David Foley to Bennie Blankenship re Lisa Foley saying support is coming on Thursday | 10/17/24 |
| 232 | Feb. 22, 2016 Email from Lisa Foley to David Foley saying she had spoken with Michael about a possible solution to the dispute with Ed Liceaga and River North | 10/17/24 |
| 233 | Feb. 22, 2016 Email from David Foley to Lisa Foley re dispute with Ed Liceaga and River North | 10/17/24 |
| 234 | Feb. 23, 2016 Email from Bennie Blankenship to David Foley re Blankenship keeping NTGL in the .03-.04 channel until updates and more support | 10/17/24 |
| 235 | Feb. 25, 2016 Email from Bennie Blankenship to David Foley re someone who is unloading NTGL | 10/17/24 |
| 236 | Feb. 29, 2016 Email from Bennie Blankenship to David Foley re price of NTGL holding nicely at .024, and that he would like to get it to .03 | 10/17/24 |
| 237 | March 1, 2016 Email from Bennie Blankenship to David Foley asking when NTGL will have news to share and wanting to build more momentum and push the price back into the .05 range | 10/17/24 |
| 238 | March 2, 2016 Email from David Foley to Bennie Blankenship saying they will start news this week about new technology and then deal news later in the month | 10/17/24 |
| 239 | March 4, 2016 Email from Bennie Blankenship to David Foley asking if he | 10/17/24 |

| | | |
|---|---|---|
| | knows other brokers that handle clearing OTC stocks in cert form to free trading | |
| 240 | March 4, 2016 Email from David Foley to Bennie Blankenship saying it looks like PR will go on Monday for NTGL and that he will ask around for brokers for Blankenship | 10/17/24 |
| 241 | March 4, 2016 Email from Bennie Blankenship to David Foley re having good news about NTGL posted on the boards | 10/17/24 |
| 242 | March 7, 2016 Email from David Foley to Jeff Foley asking him to get information about what broker deposited shares from River North | 10/17/24 |
| 243 | March 8, 2016 Email from Bennie Blankenship to David Foley re contacting some people concerning Foley's liquidity issue | 10/17/24 |
| 244 | March 9, 2016 Email from Jeff Foley to David Foley re asking for advice on doing layoffs and not taking on more debt | 10/17/24 |
| 245 | March 9, 2016 Email from David Foley to Jeff Foley asking if he had gotten in touch with Clear Trust and Jersey Transfer about broker that cleared the River North shares | 10/17/24 |
| 246 | March 18, 2016 Email from David Foley to Lisa Foley re sending money from the Galaxy account to NTGL | 10/17/24 |
| 247 | March 21, 2016 Email from Bennie Blankenship to David Foley saying he has been keeping support for NTGL at around .025-.03 | 10/17/24 |
| 248 | March 23, 2016 Email from Bennie Blankenship to David Foley asking how the distribution of NTGL shares will work | 10/17/24 |
| 249 | March 23, 2016 Email from Jeff Foley to David Foley telling him what Jersey Transfer had | 10/17/24 |

|  | said about the NTGL shares concerning Alpine and Dorado Investments |  |
| --- | --- | --- |
| 250 | March 23, 2016 Email from David Foley to Bennie Blankenship telling him that SEC rules would require it has to be at the time of distribution because you can't back track to the date of acquisition | 10/17/24 |
| 251 | March 23, 2016 Email from David Foley to Bennie Blankenship identifying the last two brokers that deposited shares | 10/17/24 |
| 252 | March 24, 2016 Email from David Foley to Lisa Foley re finding a broker that deals with penny stocks so they can sell shares though them directly, and directing her to call Michael and ask him to return the third 6 million shares since River North won't advance them any money and won't pay them per their contract | 10/17/24 |
| 253 | March 24, 2016 Email from Bennie Blankenship to David Foley re Blankenship's need for all this to pay off, and asking Foley if he can push along an update from NTGL as Blankenship's guys are getting jumpy since he had them buy higher in the .05-.06 range | 10/17/24 |
| 254 | March 25, 2016 Email from David Foley to Bennie Blankenship re PR for NTGL | 10/17/24 |
| 255 | March 30, 2016 Email from David Foley to Phil Foley containing notes for the NTGL filing that was due that day and needed to be uploaded to NTGL | 10/17/24 |
| 256 | March 30, 2016 Email from David Foley to Bennie Blankenship asking if he had seen NTGL PR | 10/17/24 |
| 257 | April 7, 2016 Email from David Foley to Lisa Foley re Ed's intentions for NTGL stock | 10/17/24 |

| | | |
|---|---|---|
| 258 | April 9, 2016 Email from Bennie Blankenship to David Foley re Blankenship's hopes that the deal pays off because he has a ton invested on both NTGL and NTEK | 10/17/24 |
| 259 | April 13, 2016 Email from David Foley to Lisa Foley re River North's purchase of NTGL shares, including what River North paid and the price and volume of the shares | 10/17/24 |
| 260 | April 20, 2016 Email from Bennie Blankenship to David Foley re "big walls" on NTGL | 10/17/24 |
| 261 | April 20, 2016 Email from Bennie Blankenship to David Foley re someone "unloading" NTGL, which dropped the shares by 25% to .012 | 10/17/24 |
| 262 | April 20, 2016 Email from David Foley to Bennie Blankenship re there being no new shares in NTGL | 10/17/24 |
| 263 | April 26, 2016 Email from Bennie Blankenship to David Foley asking if $50,000 cash will be an issue by mid-May, or whether he should lower the amount of cash and convert the rest to stock | 10/17/24 |
| 264 | April 26, 2016 Email from David Foley to Bennie Blankenship re when he might have cash available to pay Blankenship $50,000 | 10/17/24 |
| 265 | April 26, 2016 Email from David Foley to Russell St. John re compensation to Bennie Blankenship | 10/17/24 |
| 266 | April 26, 2016 Email from Bennie Blankenship to David Foley re his compensation and that $50,000 is fine | 10/17/24 |
| 267 | April 27, 2016 Email from David Foley to Russell St. John re background on the | 10/17/24 |

| | | |
|---|---|---|
| | relationship with River North and the NTGL 18m deal | |
| 268 | April 28, 2016 Email from David Foley to Russell St. John re putting him in touch with people to let them know St, John has been brought in by David & Lisa Foley to manage Galaxy and NTGL | 10/17/24 |
| 269 | April 28, 2016 Email from Russell St. John to David Foley re updating Foley and saying he would respond to any instructions David Foley sent him | 10/17/24 |
| 270 | April 29, 2016 Email from David Foley to Russell St. John re some middle ground on NTGL | 10/17/24 |
| 271 | April 30, 2016 Email from Bennie Blankenship to David Foley re compensation in connection with having driven up the NTGL shares past .07, even though it is currently barely trading at .01 | 10/17/24 |
| 272 | May 2, 2016 Email from Bennie Blankenship to David Foley re heavy selling in NTGL the past week, and asking if there are any prospects for updates of the next several weeks. | 10/17/24 |
| 273 | May 2, 2016 Email from David Foley to Russell St. John and Lisa Foley re trying to get $100,000 advance from River North and what to do with the money | 10/17/24 |
| 274 | May 2, 2016 Email from David Foley to Jeff Foley re Lisa Foley asking Russell St. John to help with River North so we don't get caught again like we did with the NTGL issuance | 10/17/24 |
| 275 | May 3, 2016 Email from Bennie Blankenship to David Foley re Blankenship's worries about diminishing returns from NTGL due to selling | 10/17/24 |

| | | |
|---|---|---|
| 276 | May 9, 2016 Email from Bennie Blankenship to David Foley re whether he will be able to get the NTGL shares now | 10/17/24 |
| 277 | May 9, 2016 Email from David Foley to Bennie Blankenship telling him shares will be issued this week | 10/17/24 |
| 278 | May 17, 2016 Email from Bennie Blankenship to David Foley re whether he can get everything he needs for the NTGL shares this week | 10/17/24 |
| 279 | May 18, 2016 Email from Bennie Blankenship to David Foley re Blankenship's compensation in light of the reduced value of NTGL stock | 10/17/24 |
| 280 | May 19, 2016 Email from David Foley to Jeff Foley and Phil Foley asking them to give him the documents for the 18m NTGL share issuance without the signatures to Russ so he can do documents for another NTGL issuance to Galaxy | 10/17/24 |
| 281 | May 19, 2016 Email from David Foley to Bennie Blankenship re Blankenship's compensation | 10/17/24 |
| 282 | May 19, 2016 Email from Phil Foley to David Foley saying he resigned form NTGL's Board on March 9 because he didn't have the time to deal with two companies | 10/17/24 |
| 283 | May 19, 2016 Email from Bennie Blankenship to David Foley about Blankenship's compensation and about Blankenship's plan to get some traction behind NTGL over the next 6-8 weeks | 10/17/24 |
| 284 | May 20, 2016 Email from David Foley to Lisa Foley re how she should move money among various entities, including Galaxy and NTGL | 10/17/24 |

| 285 | May 23, 2016 Email from David Foley to Bennie Blankenship re submitting the conversion for NTGL and trying to replace Jeff | 10/17/24 |
|---|---|---|
| 286 | May 27, 2016 Email from Bennie Blankenship to David Foley re making documents read that Blankenship's work was for consulting work and attracting accredited investors, like last time, and asking Foley if he agrees | 10/17/24 |
| 287 | May 27, 2016 Email from Bennie Blankenship to David Foley asking for some help in a month to create some interest in NTGL to get it between the .03-.05 range | 10/17/24 |
| 288 | May 31, 2016 Email from David Foley to Bennie Blankenship telling him to tell Russ to send David Foley the draft agreement so David Foley can review it and give feedback | 10/17/24 |
| 289 | June 2, 2016 Email from David Foley to Bennie Blankenship telling him that in January his conviction will be 5 years old and won't have to be included in quarterly filings, and that he will be taking over as Chairman and CEO on January 1, 2017 | 10/17/24 |
| 290 | June 2, 2016 Email from David Foley to Russell St. John re the problems with NTGL and the things St. John needs to do with regard to NTGL | 10/17/24 |
| 291 | June 3, 2016 Email from Russell St. John to David Foley informing Foley of price and volume of NTGL stock and following up on issues about NTGL that Foley had raised with him | 10/17/24 |
| 292 | June 7, 2016 Email from Bennie Blankenship to David Foley asking him to ask Lisa to expedite the NTGL shares | 10/17/24 |

| | | |
|---|---|---|
| 293 | June 8, 2016 Email from David Foley to Bennie Blankenship saying Lisa can't do anything about it because they are working on getting Jeff out of there | 10/17/24 |
| 294 | June 15, 2016 Email from Bennie Blankenship to David Foley saying he had done a ton for David Foley and his companies the past 6-9 months and he needs something to show that their agreement will be honored | 10/17/24 |
| 392 | NTEK Form 8-K for the period ending March 15, 2012 | 10/24/24 |
| 404 | David and Christine Maidenbaum TD Bank Statement for Account x8022 for February 6, 2015 – March 5, 2015 | 10/17/24 |
| 405 | David Maidenbaum check to Miriam Corn dated February 10, 2015 for $5,000 | 10/17/24 |
| 408 | Alpine Securities, River North Equity Account Number x8300 Statement 1/1/2015 to 12/31/2015 | 10/21/24 |
| 409 | Jan. 20-21 Email Chain Between Robert Laskowski and David Maidenbaum | 10/17/24 |
| Def. 2 | Cetek Technologies Consolidated Financial Statements for Years Ended Dec. 31, 2013 and 2012 | 10/21/24 |
| Def. 3 | April 28, 2014 Letter from Robert Laskowski to OTC Markets re Cetek Technologies Annual Report dated April 28, 2014 for Fiscal Year Ended Dec. 31, 2013 | 10/21/24 |

Respectfully submitted,

MORRIS PASQUAL
Acting United States Attorney

By:  */s/ Matthew M. Getter*
MATTHEW M. GETTER
ELIE ZENNER
Assistant United States Attorneys
219 S. Dearborn Street, Suite 500
Chicago, Illinois 60604
(312) 886-7651
(312) 697-4032

Dated: October 24, 2024