UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 21 CR 19-1 |
| | ) | Hon. Steven C. Seeger |
| DAVID FOLEY | ) | |

## JOINT LIST OF ENTERED STIPULATIONS

On October 17, 2024, the following stipulations were read into the record: 1, 2, 4, 5, 6, 8, 9, 11, 19, 24, 26, 29, 30.

On October 18, 2024, the following stipulations were read into the record: 17.

On October 21, 2024, the following stipulations were read into the record: 3, 12, 13, 15, 16, 18, 34, 35, 40.

On October 23, 2024, the following stipulations were read into the record: 14, 21, 22, 36, 37, 38, 39.

On October 24, 2024, the following stipulations were read into the record: 41, 42, 43.

On October 25, 2024, the following stipulations were read into the record: 7, 17, 18, 31, 32, 33.

The government did not present the following stipulations during the trial: 10, 23, 25.

 

                            Respectfully submitted,

                            MORRIS PASQUAL
                            Acting United States Attorney

                    By: */s/ Elie Zenner*
                            ELIE ZENNER
                            MATTHEW M. GETTER
                            Assistant United States Attorneys
                            219 S. Dearborn Street, Suite 500
                            Chicago, Illinois 60604

Dated: October 25, 2024