# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.2)
### Eastern Division

UNITED STATES OF AMERICA

                       Plaintiff,

v.                                                  Case No.: 1:21−cr−00019
                                                     Honorable Steven C. Seeger

David Foley, et al.

                       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, January 31, 2025:

      MINUTE entry before the Honorable Steven C. Seeger as to David Foley: The unopposed motion to continue sentencing date (Dckt. No. [237]) is hereby granted. The sentencing hearing set for March 12, 2025 at 1:30 p.m. is stricken and reset for April 18, 2025 at 1:30 p.m. Defendant's sentencing memorandum is due by April 4, 2025. Government's memorandum is due by April 11, 2025. Mailed notice. (jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.