# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

UNITED STATES OF AMERICA

                        Plaintiff,

v.                                                    Case No.: 1:21−cr−00019

                                                    Honorable Steven C. Seeger

David Foley, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, May 16, 2025:

      MINUTE entry before the Honorable Steven C. Seeger as to David Foley: Defendant's unopposed motion to continue sentencing (Dckt. No. [265]) is hereby granted. The sentencing hearing set for May 28, 2025 at 1:30 p.m. is stricken and reset for June 27, 2025 at 1:30 p.m. Mailed notice. (jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.