**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

UNITED STATES OF AMERICA

                              Plaintiff,

v.                                     Case No.: 1:21–cr–00019
                                      Honorable Steven C. Seeger

David Foley, et al.

                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, May 28, 2026:

      MINUTE entry before the Honorable Steven C. Seeger as to David Foley: The Court adopts the parties' proposed briefing schedule for the supplemental sentencing memoranda, as set forth in the parties' email to the Courtroom Deputy. The Government's memorandum shall be filed by June 12,2026, and the Defendant's response shall be filed by July 24, 2026. The sentencing hearing is set for August 19,2026 at 1:30 p.m. Mailed notice. (jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.