UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA

v.

DAVID FOLEY

No. 21 CR 19-1

Judge Steven C. Seeger

**GOVERNMENT'S UNOPPOSED MOTION FOR LEAVE
TO FILE CERTAIN EXHIBITS UNDER SEAL**

The United States of America, by ANDREW S. BOUTROS, United States Attorney for the Northern District of Illinois, hereby files this motion for leave to file certain exhibits to the government's supplemental sentencing memorandum under seal, and, in support thereof, states as follows:

1. Pursuant to this Court's Order of April 23, 2026 (Dkt. No. 297), the government will file a supplemental sentencing memorandum this Friday, June 12, 2026. The supplemental sentencing memorandum addresses several issues the Court raised concerning the government's position on calculating the amount of the loss attributable to defendant under the United States Sentencing Guidelines.

2. As part of its supplemental memorandum, the government intends to attach a number of exhibits to better illustrate the information it will provide. In providing the Court with detailed information about each investor's trades of NTGL shares, as requested, a couple of those exhibits include the names of the many specific investors. While the investors' addresses and contact information are not included in the attachments, the government seeks to protect the privacy of those many investors by filing those particular exhibits under seal.

3. The undersigned counsel for the government has communicated with Nishay Sanan, counsel for the defense, about the government's desire to file those exhibits under seal, and counsel for the defense has no objection to the government's motion.

WHEREFORE, the government respectfully seeks leave to file certain exhibits to its supplemental sentencing memorandum under seal.

Respectfully submitted,

ANDREW S. BOUTROS
United States Attorney

By:   */s/ Matthew M. Getter*
MATHEW M. GETTER
ELIE ZENNER
Assistant U.S. Attorney
219 S. Dearborn St, Rm. 500
Chicago, Illinois 60604
(312) 353-0708
(312) 697-4032

Dated: June 10, 2026

2