## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)
### Eastern Division

UNITED STATES OF AMERICA

                    Plaintiff,

v.

David Foley, et al.

                    Defendant.

Case No.: 1:21−cr−00019
Honorable Steven C. Seeger

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 30, 2026:

      MINUTE entry before the Honorable Steven C. Seeger as to David Foley: Defendant's motion for leave to file in excess of 15 pagers (Dckt. No. [307]) is granted. Mailed notice. (jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.