**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

UNITED STATES OF AMERICA

Plaintiff,

v.

Case No.: 1:21−cr−00019
Honorable Steven C. Seeger

David Foley, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, August 19, 2026:

MINUTE entry before the Honorable Steven C. Seeger as to David Foley: Sentencing hearing held on August 19, 2026. The sentencing hearing was the third and final sentencing hearing. The Court orally pronounces sentence. The Court commits Defendant to the custody of the U.S. Bureau of Prisons to be imprisoned for a total term of 72 months as to Count 9 and 60 months as to Count 10, with the terms to run concurrently. Upon release from imprisonment, Defendant shall be on supervised release for a term of 3 years, with conditions as stated on the record. A special assessment of $200.00 is due immediately. The Court imposes no fine. Judgment in a criminal case to follow. Defendant shall self−surrender by October 31, 2026. The Court discussed the issue of restitution with the parties. The Court elected not impose restitution, in deference to the pending SEC action. The SEC has an active suit against Foley, and for the reasons explained at the hearing, this Court thinks it best for the government to seek recompense for victims in the SEC action, instead of the action at hand. The parties agreed that this Court's decision not to award restitution is not any indication that this Court believes that restitution is not appropriate or not recoverable. And in particular, Defendant Foley agreed on the record that he will not argue in the SEC action that the government cannot seek disgorgement or any other equitable relief in that case because this Court declined to award restitution. So this Court's ruling will have no collateral effect, one way or the other. This Court is simply deferring to the pending SEC action for pragmatic reasons. Mailed notice (jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our

web site at ***www.ilnd.uscourts.gov***.