**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | No. 21 CR 19 |
| | ) | |
| | ) | Hon. Steven C. Seeger |
| DAVID FOLEY | ) | |
| | ) | |

**UNOPPOSED MOTION TO WITHDRAW AS COUNSEL**

Now comes the Defendant, David Foley, by and through his attorneys Nishay K. Sanan & Cece White and respectfully submits this Motion To Withdraw. In support of Counsel state as follows:

1. Counsel were appointed to represent Mr. Foley pursuant to the Criminal Justice Act since the inception of this case.
2. Mr. Foley has been sentenced, and Judgement has been entered in this matter.
3. Neither Mr. Sanan or Ms. White are members of the 7th Circuit Court of Appeal's Criminal Justice Act.
4. Mr. Foley will need new appellate counsel, appointed to represent him in his appeal in the 7th Circuit.
5. Based upon the forgoing, current counsel ask to withdraw their appearances in the District Court and request an order from this Court appointing new appellate counsel from the Criminal Justice Act.
6. Mr. Foley is aware that new counsel will need to be appointed and has no objection.
7. The Government does not object to this motion.

WHEREFORE current counsel as to withdraw their appearances in the district court and request an order from this court appointing new appellate counsel from the Criminal Justice Act.

Respectfully submitted,

*/s/ Nishay K. Sanan*

Nishay K. Sanan, Esq.
53 W. Jackson Blvd., Suite 1424
Chicago, Illinois 60604
(312) 692-0360
nsanan@aol.com